UNITED STATES of America,
Plaintiff—Appellee,

v.

Bernard MIDDLETON, a/k/a Cass,
Defendant—Appellant.

No. 09–7735.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 29, 2009.

Decided: Dec. 11, 2009.

Bernard Middleton, Appellant Pro Se.

James L. Trump, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Middleton appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Middleton*, No. 1:92–cr00348–CMH–3 (E.D. Va. filed Aug. 25; entered Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*